UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-24745-JLK

A.D.,

    Plaintiff,

vs.

MIAMI DADE COLLGE,

    Defendant.
_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the above-styled cause is assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of November, 2019.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules of the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __Robert N. Scola, Jr.__.

Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number:

__19-cv-24745-Scola/Torres__.

BY ORDER of the Court this __21__ day of __November__, 2019.

                                    ANGELA E. NOBLE, Clerk of Court

                              By:  __s/Valerie Kemp__
                                    Deputy Clerk

cc: Yvette Alexander, Operations Manager

Counsel of Record