UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:19-CV-24745-RNS/Torres

A.D.,

      Plaintiff,

vs.

MIAMI DADE COLLEGE,

      Defendant.

_____/

## DEFENDANT MIAMI DADE COLLEGE'S UNOPPOSED  MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, MIAMI DADE COLLEGE, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6, submits this Unopposed Motion for Extension of Time to Plaintiff's Complaint and states:

1.      This is a civil rights matter predicated upon the American with Disabilities Act and the Rehabilitation Act of 1973. The Plaintiff's complaint was served on December 5, 2019, and Defendant's response is due December 26, 2019.

2.      The undersigned counsel was recently retained to represent Miami Dade College in this matter. Defense counsel needs additional time to gather investigative materials and to meet with the client(s) and records custodians in order to file an appropriate response.  The undersigned anticipates that several potential witnesses may be unavailable as part of the undersigned's investigation due to the holidays and office closures.

3.      For these reasons, counsel for Defendant, MIAMI DADE COLLEGE, respectfully seeks a fourteen (14) day extension of time up to and including January 9, 2020, to file the response to the Complaint.

4.    Pursuant to Southern District of Florida Local Rule 7.1(A)(3), the undersigned contacted Plaintiff's counsel, Iva U. Ravindran, Esq.  Ms. Ravindran has no objection to the requested extension herein.

5.    This request for extension is reasonable under the circumstances, is not sought for purpose of delay, and will not prejudice any party.

WHEREFORE, Defendant, MIAMI DADE COLLEGE, respectfully requests this Honorable Court enter an Order granting its unopposed motion for extension of time to respond to Plaintiff's Complaint, up to and including January 9, 2020.

## MEMORANDUM OF LAW

The District Courts may enlarge the time periods fixed in the rules.  If the enlargement request is made before the time period expires, the District Court, in its discretion, may grant an enlargement "for cause shown".  The situation is controlled by Rule 6, Fed.R.Civ.P.  The rule states in relevant part, as follows:

> **(b) Enlargement.**  When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

The District Court also has broad discretion overseeing the pretrial process and modifying its own orders when justice so requires.  The parties will not be prejudiced by the extension of time,

as they will have ample opportunity to frame the issues, conduct discovery and appropriately

pursue the matter.

      I hereby certify that on this 23rd day of December, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                    MARRERO & WYDLER
                    *Attorneys for Defendant Miami Dade College*
                    2600 Douglas Road, PH-4
                    Coral Gables, FL 33134
                    (305) 446-5528
                    (305) 446-0995 (fax)

                    BY _/s/ Lourdes Espino Wydler_____
                        OSCAR E. MARRERO
                        F.B.N.:  372714
                        oem@marrerolegal.com
                        LOURDES ESPINO WYDLER
                        F.B.N.:  719811
                        lew@marrerolegal.com

## SERVICE LIST

Iva U. Ravindran, Esq.
iravindran@weillawfirm.net
FBN: 60447
Ronald P Weil, Esq.
rweil@weillawfirm.net
FBN: 169966
WEIL SNYDER & RAVINDRAN, P.A.
201 South Biscayne Blvd., Suite 720
Miami, FL 33131
(305) 372-5352
(305) 372-5355 (fax)
*Attorneys for Plaintiff*