UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-24745-RNS/Torres

A.D.,

    Plaintiff,

vs.

MIAMI DADE COLLEGE,

    Defendant.
_____/

**<u>ORDER ON DEFENDANT'S MOTION TO DISMISS
AND INCORPORATED MEMORANDUM OF LAW</u>**

THIS CAUSE came on to be considered upon Defendant MIAMI DADE COLLEGE'S Motion to Dismiss Plaintiff's Complaint, and the Court being otherwise fully advised in the premises; it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Plaintiff's Complaint is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida on this _____ day of _____, 2020.

                                                          _____
                                                          UNITED STATES DISTRICT COURT JUDGE

cc:    All counsel of record