UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-24745-RNS/Torres

ADRIAN DOMINGUEZ,

      Plaintiff,

vs.

THE DISTRICT BOARD OF TRUSTEES
OF MIAMI DADE COLLEGE,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF ENTRY OF PARTIES**

COMES NOW, the Plaintiff ADRIAN DOMINGUEZ ("Plaintiff") by and through undersigned counsel, hereby gives Notice of Entry of the following parties:

- Plaintiff, Adrian Dominguez

- Defendant, the District Board of Trustees of Miami-Dade College.

Dated this 27th day of January 2020.

WEIL SNYDER & RAVINDRAN, P.A.

Citigroup Center, 201 South Biscayne Blvd., Suite 720, Miami, FL 33131
T: (305) 372-5352   F: (305) 372-5355

Respectfully submitted,

**WEIL SNYDER & RAVINDRAN, P.A.**
201 South Biscayne Boulevard
Citigroup Center, Suite 720
Miami, FL  33131
Telephone:     305.372.5352
Facsimile:      305.372.5355

By: /s/ *Iva U. Ravindran*

Ronald P. Weil (FBN 169966)
Email: RWeil@weillawfirm.net
Iva U. Ravindran (FBN 60447)
Email: IRavindran@weillawfirm.net
Secondary: Service@weillawfirm.net
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on January 27, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system. I further certify that this motion was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

                                            *s/ Iva U. Ravindran*
                                            Iva U. Ravindran

## SERVICE LIST

Lourdes Espino Wydler, Esq.
Oscar E. Marrero, Esq.
Marrero & Wydler
2600 Douglas Road
PH-4
Coral Gables, FL 33134
Oem@marrerolegal.com
lew@marrerolegal.com
*Counsel for Defendant Miami Dade College*